UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>JOSE RODRIGUEZ　　　　　　　　　　)<br>　　A/K/A "CABLE"　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　) | Cr. No.<br>2004 m 0439RBC<br><br>FILED UNDER SEAL |

GOVERNMENT'S MOTION TO SEAL

The United States hereby moves to seal the complaint and complaint affidavit, and all other filings in the above captioned matter, so that no public disclosure of the filing of the complaint will impede attempts to arrest the defendant. The United States requests that the case remain sealed until further motion of the United States or further order of the Court.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　MICHAEL J. SULLIVAN

　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　By:　　_____
　　　　　　　　　　　　　　　　PETER K. LEVITT
　　　　　　　　　　　　　　　　JOHN A. WORTMANN, JR.
　　　　　　　　　　　　　　　　Assistant U.S. Attorneys

January 19, 2004

*[Stamped: JAN 20 2004]* *[Handwritten: Allowed, So Ordered]*