UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**04 CR 1 0 0 6 7 JLT**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No. |
| | ) |
| v. | ) VIOLATIONS: |
| | ) |
| JOSE RODRIGUEZ, | ) 21 U.S.C. § 846 |
|    AKA "CABLE" | ) Conspiracy to Distribute |
| | ) Heroin |
| | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| | ) Distribution of Heroin |
| | ) |
| | ) 18 U.S.C. § 2 |
| | ) Aiding and Abetting |
| | ) |
| | ) 21 U.S.C. § 853 |
| | ) Criminal Forfeiture |
| | ) |

## INDICTMENT

**COUNT ONE:**    **(21 U.S.C. § 846--Conspiracy to Distribute Heroin)**

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by on or about December 4, 2003 continuing thereafter until on or about December 19, 2003 at Lawrence and Haverhill and elsewhere in the District of Massachusetts,

**JOSE RODRIGUEZ, AKA "CABLE",**

defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to possess with intent to distribute and to distribute heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section
846.

**COUNT TWO**:        **(21 U.S.C. § 841(a)(1)--Distribution of Heroin; 18 U.S.C. § 2--Aiding and Abetting)**

The Grand Jury further charges that:

On or about December 18, 2003, at Lawrence, in the District of Massachusetts,

**JOSE RODRIGUEZ, AKA "CABLE",**

defendant herein, did knowingly and intentionally possess with intent to distribute and distribute heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

3

**COUNT THREE**:    **(21 U.S.C. § 841(a)(1)--Distribution of Heroin; 18 U.S.C. § 2--Aiding and Abetting)**

The Grand Jury further charges that:

On or about December 19, 2003, at Lawrence, in the District of Massachusetts,

**JOSE RODRIGUEZ, AKA "CABLE",**

defendant herein, did knowingly and intentionally possess with intent to distribute and distribute heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

4

## FORFEITURE ALLEGATION

### (21 U.S.C. § 853)

The Grand Jury further charges that:

1.    As a result of the offenses alleged in Counts 1 and 2 of this Indictment,

### JOSE RODRIGUEZ, AKA "CABLE",

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations, including, but not limited to, the following:

> (a)    the property located at 23 Chardon Street, Lawrence, MA;

2.    If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

> (a)    cannot be located upon the exercise of due diligence;

> (b)    has been transferred or sold to, or deposited with, a third party;

> (c)    has been placed beyond the jurisdiction of the Court;

> (d)    has been substantially diminished in value; or

> (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

**A TRUE BILL,**

FOREPERSON OF THE GRAND JURY

PETER K. LEVITT
JOHN A. WORTMANN, JR.
Assistant U.S. Attorneys

DISTRICT OF MASSACHUSETTS                March 11, 2004

     Returned into the District Court by the Grand Jurors and
filed.

Deputy Clerk

3/11/04 @ 4:05pm

7