UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>UNITED STATES OF AMERICA</u>                    CRIMINAL

                                                 CASE NO. <u>04-10067 JLT</u>
                V.

<u>Jose Rodriguez</u>
                **Defendants**

NOTICE of ARRAIGNMENT

<u>The Honorable Robert B. Collings, M.J.</u>

   PLEASE TAKE NOTICE that the above-entitled case has been set for <u>Thursday, 3/18/04</u> at <u>2:15 P</u>.M. before Judge <u>Robert B. Collings</u> in Courtroom # <u>14</u> on the <u>5th</u> floor.

                                                 TONY ANASTAS,
                                                 CLERK OF COURT

<u>March 15, 2004</u>              By:   *Gina P. Affsa*
Date                                    Gina P. Affsa, Esq.
                                        Deputy Clerk

Notice mailed to:   Peter Levitt, AUSA
                    John C. McBride, Esq.