# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

     v.                         CRIMINAL NO. 2004-10067-JLT

JOSE RODRIGUEZ,
     Defendant.

## *REPORT AFTER*
## *INITIAL STATUS CONFERENCE*
## *PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

     An Initial Status Conference was held on February 10, 2004; counsel for the defendant Delgado was present; counsel for Santana was not.

     The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

    (1)    No.

    (2)    Expert discovery is not requested.

    (3)    No.

(4) Any non-discovery type motions shall be filed *on or before the close of business on Wednesday. June 16, 2004;* the Government shall file its response/opposition within the time provided in the Local Rules.

(5) *See* Order of Excludable Delay entered this date.

(6) A trial will take three days; uncertain whether defendant will plead.

(7) The Final Status Conference is set for *Thursday, June 24, 2004 at 11:15 A.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1) *See* ¶¶ (1)-(4), *supra.*

(2) It does not.

(3) None.

(4) *See* Order of Excludable Delay entered this date.

(5) Not applicable.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

May 5, 2004.