# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                              CRIMINAL NO. 2004-10067-JLT

JOSE RODRIGUEZ,
    Defendant.

## *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

3/11/2004 - Indictment returned.

3/18/2004 - Arraignment

3/19 - 4/16/2004 - Excluded as per L.R. 112.2(A)(2)

5/5/2004 - Conference held.

5/6 - 6/16/2004 -    Excluded as per 18 U.S.C. § 3161(b)(1)(F).

Thus, as of June 16, 2004, TWENTY-FIVE (25) non-excludable days will have occurred leaving FORTY-FIVE (45) days left to commence trial so as to

be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

May 5, 2004.