UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10067-JLT |
| ) | |
| JOSE RODRIGUEZ, ) | |
|     a/k/a "CABLE", ) | |
|         Defendant. ) | |

## UNITED STATES' BILL OF PARTICULARS
## FOR FORFEITURE OF ASSETS

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Assets.

1. The Forfeiture Allegation of the Indictment seeks the forfeiture, pursuant to 21 U.S.C. § 853, and as a result of the offenses alleged in Counts 1 and 2 of the Indictment, of any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such offenses, including, but not limited to the following:

    (a)    the property located at 23 Chardon Street, Lawrence, Massachusetts.

2. In addition, and according to the Forfeiture Allegation of the Indictment, if any of the property, as described in Paragraph 1, above, as a result of any act or omission of the defendant --

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek the forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1, above, including, but not limited to, the following:

    a. One 1993 Mercedes Benz 400, Vehicle Identification No. WDBGA43E0PA099058.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ John A. Wortmann, Jr.
JOHN A. WORTMANN, JR.
PETER K. LEVITT
KRISTINA E. BARCLAY
Assistant U.S. Attorneys
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated: May 13, 2004

CERTIFICATE OF SERVICE

    I, Kristina E. Barclay, Assistant U.S. Attorney, hereby certify that a true copy of the foregoing Bill of Particulars for Forfeiture of Assets, was served upon John C. McBride, Esquire, McBride and Natola, The Waterfront Building, 240 Commercial Street, Boston, MA 02109, as counsel of record for Defendant Jose Rodriguez, by first class mail, postage prepaid.

                                      Kristina E. Barclay
                                      Assistant U.S. Attorney

Dated: May 13, 2004



**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

Telephone Number: (617) 748-3100

Kristina E. Barclay, Assistant U.S. Attorney
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

May 13, 2004

Zita Lovett
Clerk to the Honorable
Judge Joseph L. Tauro
United States District Court
District Court of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA  02210

Re:  United States of America v. Jose Rodriguez, a/k/a "Cable",
     <u>Criminal Action No. 04-10067-JLT</u>

Dear Ms. Lovett:

   Enclosed for filing, please find the United States' Bill of Particulars for Forfeiture of Assets in connection with the above-referenced criminal action.

   Thank you for bringing this matter to the attention of the Court.

                              Very truly yours,

                              Kristina E. Barclay
                              Assistant U.S. Attorney

KEB/ljt
Enclosures

cc:  John C. McBride, Esquire
     John A. Wortmann, Jr., Assistant U.S. Attorney
     Peter Levitt, Assistant U.S. Attorney