# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

     v.               CRIMINAL NO. 2004-10067-JLT

JOSE RODRIGUEZ, ETC.,
     Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

    6/10-21/2004 - Filing to ruling on Motion #18.

    7/1/2004 - Conference held.

    Thus, as of July 1, 2004, THIRTY-FOUR (34) non-excludable days have occurred leaving THIRTY-SIX (36) days left to commence trial so as to be within the seventy-day period for trial set by statute.

*THE SPEEDY TRIAL ACT CLOCK IS RUNNING AS OF JULY 1, 2004.*

/s/ Robert B. Collings
ROBERT B. COLLINGS
July 1, 2004. United States Magistrate Judge