UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| v. ) | Cr. No. 04-10067 JLT |
| JOSE RODRIGUEZ, A/K/A "CABLE" ) Defendant. ) | |

FILED
IN CLERKS OFFICE

2004 JUL -2 A 11: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

### MOTION OF THE UNITED STATES TO SCHEDULE PRE-TRIAL CONFERENCE

Now comes the United States, by its undersigned attorneys, and requests that the Court schedule, at its earliest convenience, an initial pre-trial conference in the above matter.

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney

By: /s/ John A. Wortmann, Jr.
JOHN A. WORTMANN, JR.
PETER K. LEVITT
Assistant U.S. Attorneys
One Courthouse Way
Boston, MA
(617) 748-3355

July 2, 2004

## CERTIFICATE OF SERVICE

I, Peter K. Levitt, do hereby certify that a copy of the foregoing was served on John McBride, counsel for Jose Rodriguez, by facsimile on July 2, 2004.

_____
Peter K. Levitt