UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CRIMINAL CASE |
| V. | NO. **04-10067-JLT** |
| **JOSE RODRIGUEZ** | |
| **Defendant** | |

### NOTICE OF ARRAIGNMENT ON SUPERSEDING INDICTMENT

 Robert B. Collings, M.J. 

**PLEASE TAKE NOTICE** that the above-entitled case has been set for ARRAIGNMENT ON SUPERSEDING INDICTMENT at  9:45  A.M. on Wednesday, August 11, 2004 before Magistrate Judge Robert B. Collings in Courtroom #  14  on the  5th  floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

**Please note that the defendant must appear with counsel.** If he is unable to secure counsel and believes, because of his financial condition, that counsel should be appointed, he should contact the undersigned at (617) 748- 748-9229.

Also note that the defendant must contact the U.S. Pretrial Services Office at (617) 748-9213 at least 72 hours before the above date.

TONY ANASTAS,
CLERK OF COURT

 8/2/04 
Date

By:   /s/ Kathleen M. Dolan  
Deputy Clerk

**Notice to:**

John C. McBride, Esquire
John A. Wortmann, Jr., Asst. U. S. Attorney
Peter K. Levitt, Asst. U. S. Attorney

**(crimnotice.wpd - 7/99)** **[kntchrgcnf.]**