# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.                                  CRIMINAL NO. 2004-10067-JLT

JOSE RODRIGUEZ,
        Defendant.

## *MEMORANDUM AND ORDER*

COLLINGS, U.S.M.J.

      The above-listed defendant was arraigned on the Superseding Indictment before me on August 11, 2004. Accordingly, the case as to the new counts, Counts I through VII, shall proceed pursuant to the amendments to the Local Rules which became effective December 1, 1998. Further, unless counsel for the defendant files a Waiver of Request for Disclosure within fourteen (14) days, the twenty-eight (28) day period specified in Local Rule 116.1(C) and (D) (eff. 12/1/98) and the forty-two (42) day period specified in Local Rule 116.3(A) (eff. 12/1/98) shall commence to run on August 11, 2004.

      Counsel are ORDERED to appear for an Initial Status Conference with

respect to Counts I through VII on **_THURSDAY, SEPTEMBER 16, 2004 AT 12 NOON_** at Courtroom #14 (5th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts before the undersigned.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

August 11, 2004.