ᴀAO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

United States
v.
Jose Rodriguez

APPEARANCE

Case Number: CR 04-10067

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Jose Rodriguez

I certify that I am admitted to practice in this court.

9-16-04
Date

Signature

Appearing for John McBride

Bridgett Garbalky    655282
Print Name          Bar Number

240 Commercial St
Address

Boston       MA       02109
City         State    Zip Code

617 367 8844    617 523 5153
Phone Number    Fax Number