# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                                CRIMINAL NO. 2004-10067-JLT

JOSE RODRIGUEZ, ETC.,
       Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

    8/11/2004 - Arraignment on Superseding Indictment.

    8/12 - 9/8/2004 - Excluded as per L.R. 112.2(A)(2)

    9/16/2004 - Conference held.

    9/17 - 10/15/2004 - Continuance granted so that the defendant's counsel may review the Government's discovery and send letter requests. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

10/15 - 11/1/2004 - Excluded as per 18 U.S.C. § 2161(h)(1)(F).

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

September 16, 2004.