UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr. No. 04-10067 JLT |
| v. ) | |
| ) | |
| JOSE RODRIGUEZ, ) | |
| A/K/A "CABLE" ) | |

### JOINT INITIAL STATUS REPORT

The United States of America and the defendant, Jose Rodriguez, by their respective undersigned counsel, submit this joint status report pursuant to Local Rule 116.5(A).

1. **Local Rule 116.3 Timing Requirements**

At this time the parties do not seek relief from the timing requirements imposed by L.R. 116.3.

2. **Expert Discovery**

The government anticipates that, unless there is a stipulation regarding the controlled substances involved in this case, it will offer expert testimony regarding the heroin seized in this case. The defendant does not presently request expert discovery, but reserve its right to seek such discovery pending disclosure of trial witnesses by the government.

3. **Additional Discovery**

The government has provided, or made available to defendant's counsel, Rule 16 and automatic discovery materials. In the event that the government becomes aware of additional such materials, it will produce them immediately.

4. **Motion Date**

The parties jointly request that all motions be filed on or before October 15, 2004, and any responses be served by November 1, 2004.

5. **Speedy Trial Act**

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and believe that the following periods are excludable:

| | |
|---|---|
| 8/11/04 | Arraignment on Superseding Indictment |
| 8/11/04-9/8/04 | Excludable delay pursuant to Local Rule 112.2(A)(2) & 18 U.S.C. § 3161(h)(8)(A) and Order dated 8/11/04 |
| 9/16/04-date of final status | Excludable delay pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 8(b), and Local Rule 112.2(A)(2) |

As of the Final Status Conference, 7 days will have been counted and 63 days will remain under the Speedy Trial Act.

6. **Anticipated Trial**

The parties expect a trial in this matter. The United States estimates that a trial would last approximately 5-7 days.

7. **Final Status Conference**

The parties request that a Final Status Conference be scheduled for on or about November 1, 2004, or as soon thereafter as is convenient for the Court.

2

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

By:                           /s/ Peter K. Levitt
                                PETER K. LEVITT
                                Assistant U.S. Attorney
                                One Courthouse Way
                                Boston, MA
                                (617) 748-3355


                                COUNSEL FOR JOSE RODRIGUEZ

                                *Bridget Garballey for John McBride*
                                JOHN C. MCBRIDE, ESQ.
                                McBride & Natola
                                240 Commercial Street
                                Boston, MA   02109
                                617-367-8844


September 16, 2004