# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

     v.                              CRIMINAL NO. 2004-10067-JLT

JOSE RODRIGUEZ, ETC.,
       Defendant.

## *REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

An Initial Status Conference was held on September 16, 2004; counsel for the defendant was present.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

    (1)    The time is ENLARGED to the close of business on Friday, October 15, 2004.

    (2)    The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than thirty (30) working days before trial;* the

defendant shall comply with his reciprocal obligations respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than fifteen (15) working days before trial.*

(3) No.

(4) No non-discovery type motions will be filed. All discovery motions shall be filed and served *on or before the close of business on Monday, November 1, 2004;* the Government shall file its response/opposition within the time provided in the Local Rules.

(5) *See* Order of Excludable Delay entered this date.

(6) A trial will probably be necessary and would take seven (7) trial days.

(7) The Final Status Conference is set for *Thursday, November 18, 2004 at 10:30 A.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1) *See* ¶¶ (1)-(4), *supra.*

(2) It does not.

(3) None.

(4) *See* Order of Excludable Delay entered this date.

(5) Not applicable.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

September 17, 2004.