```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       )
                               )
         v.                    )    Criminal No. 04-10067-JLT
                               )
JOSE RODRIGUEZ,                )
    a/k/a "CABLE",             )
         Defendant.            )
```

### ORDER FOR INTERLOCUTORY SALE

It is hereby ORDERED, ADJUDGED, and DECREED that:

The United States' Motion for Interlocutory Sale of Real Property is allowed.

The United States Marshals Service (the "U.S.M.S."), shall seize, sell, and dispose of the real property located at 23 Chardon Street, Lawrence, Massachusetts, with a deed recorded at Book 4874, Page 332, of the Essex North District Registry of Deeds (the "Defendant Property"), as provided by law.

After deducting from the sale proceeds its lawful costs and expenses relating to its custody, maintenance, and sale of the Defendant Property, and after paying, from the sale proceeds of the Defendant Property, any outstanding real estate taxes on the Defendant Property, and the principal and interest amount due on the mortgage of record, recorded at Book 4874, Page 333 of the Essex Registry of Deeds, North District, held by Therese Sarkis, the U.S.M.S. shall hold the remainder of the sale proceeds in its Seized Assets Deposit Fund until further order of this Court.

The U.S.M.S. shall retain custody of the Defendant Property until it is sold pursuant to this Order.

SO ORDERED AND ENDORSED:

_____
JOSEPH L. TAURO
United States District Judge

Date: