UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br> )<br>   v. )<br> )<br>**JOSE RODRIGUEZ, A/K/A "CABLE"** )<br>  **Defendant.** ) | Cr. No. 04-10067 JLT |

### MOTION OF THE UNITED STATES
### TO SCHEDULE PRE-TRIAL CONFERENCE

Now comes the United States, by its undersigned attorneys, and requests that the Court schedule an initial pre-trial conference in the above matter.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>
>United States Attorney
>
>By:  /S/ PETER K. LEVITT
>    PETER K. LEVITT
>    Assistant U.S. Attorneys
>    One Courthouse Way
>    Boston, MA
>    (617) 748-3355

November 18, 2004

**CERTIFICATE OF SERVICE**

    I, Peter K. Levitt, do hereby certify that a copy of the foregoing was served on John McBride, counsel for Jose Rodriguez, by facsimile on November 19, 2004.

                                        /s/ PETER K. LEVITT
                                        Peter K. Levitt