AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

US
v.
JOSE RODRIGUEZ

**APPEARANCE**

Case Number: 04-10067-JLT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the defendant, for Final Status Conference, 11/18/04 only

I certify that I am admitted to practice in this court.

Date: 11/18/2004

Signature: M.F. Natola

Print Name: MICHAEL F. NATOLA
Bar Number: 367580

Address: 240 Commercial St
City: Boston   State: MA   Zip Code: 02109
Phone Number: (617) 367-8844
Fax Number: (617) 523-5153

11/18/04
Noreen Russo
Deputy Clerk