# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                    CRIMINAL NO. 2004-10067-JLT

JOSE RODRIGUEZ, ETC.,
        Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

    11/18/2004 - Conference held.

                                     */s/ Robert B. Collings*
                                     ROBERT B. COLLINGS
November 22, 2004.            United States Magistrate Judge