UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr. No. 04-10067 JLT |
| v.                         ) | |
| ) | |
| JOSE RODRIGUEZ, a/k/a "CABLE", ) | |
|   Defendant.                ) | |

### JOINT FINAL STATUS REPORT

Pursuant to Local Rule 116.5(C), the parties are hereby jointly filing the following Status Report prepared in connection with the Final Status Conference scheduled for November 18, 2004.

1. <u>Outstanding Discovery Issues</u>

There are no outstanding discovery motions or issues.

2. <u>Additional Discovery</u>

No party anticipates producing any additional discovery other than that required by the rules 21 days prior to trial.

3. <u>Insanity/ Public Authority Defenses</u>

The defendant does not intend to raise a defense of insanity or public authority.

4. <u>Notice of Alibi</u>

The government requested a Notice of Alibi in its Automatic Discovery Letter. No response has been received to that request.

5. <u>Motions</u>

The defendant does not anticipate filing any motions to suppress, to sever or to dismiss prior to trial but is reserving his right to file other pretrial motions that could require a ruling by the District Court.

11/18/04
Noreen Russe

6. <u>Scheduling</u>

The case is ready to be reported to the District Court.

7. <u>Early Case Resolution</u>

The parties are not engaged in plea discussions and believe that the case will go to trial.

8. <u>Speedy Trial Act Calculations</u>

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and believe that the following periods are excludable:

| | |
|---|---|
| 8/11/04 | Further Order of Excludable Delay, dated 9/16/04 |
| 8/12/04-9/8/04 | Further Order of Excludable Delay, dated 9/16/04 |
| 9/16/04-10/15/04 | Further Order of Excludable Delay, dated 9/16/04 |
| 10/15/04-11/1/04 | Further Order of Excludable Delay, dated 9/16/04 |

As of November 18, 2004, 23 days will have been counted and 47 days will remain under the Speedy Trial Act.

9. <u>Length of Trial</u>

In the event that a trial is required, the parties estimate that it will last approximately 7 days.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By:               /s/ Peter K. Levitt
                                      JOHN A. WORTMANN, JR.
                                      PETER K. LEVITT
                                      Assistant U.S. Attorneys
                                      One Courthouse Way
                                      Boston, MA
                                      (617) 748-3355


                                      COUNSEL FOR JOSE RODRIGUEZ

                                      /s/ John C. McBride / M. Natola
                                      JOHN C. MCBRIDE, ESQ.
                                      McBride & Natola
                                      240 Commercial Street
                                      Boston, MA  02109
                                      617-367-8844

November 17, 2004