# United States District Court
## District of Massachusetts

UNITED STATES OF AMERICA

                                                CR 04-10067-JLT

   V

JOSE RODRIGUEZ
  a/k/a CABLE

### NOTICE

The above entitled case has been set for a **pre-trial conference on December 15, 2004 10:00 A.M.** in <u>Courtroom 20,7th Floor,at new FEDERAL COURTHOUSE,</u> 1 Courthouse Way, Boston, MA.

Note: Any counsel who realizes that one or more attorneys have not been notified, shall forthwith notify the additional attorneys in writing.

                                                By the Court,

                                                /s/

                                                Zita Lovett
                                                Deputy Clerk

Date: December 1, 2004
CC:   All counsel of record