UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr. No. 04-10067 JLT |
| v. ) | |
| ) | |
| JOSE RODRIGUEZ, A/K/A "CABLE" ) | |
| Defendant. ) | |

GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from December 15, 2004 (the date of the originally scheduled pretrial conference) to and including January ___, 2005 (the date of the re-scheduled pretrial conference) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.  The defendant, through counsel, assents to this request.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                    United States Attorney

          By:        S/ PETER K. LEVITT
                    PETER K. LEVITT
                    Assistant U.S. Attorney

December 15, 2004

<u>CERTIFICATE OF SERVICE</u>

 I, Peter K. Levitt, do hereby certify that a copy of the foregoing was served by facsimile on counsel for the defendant, John McBride, Esq., on December 15, 2004.

         <u>S/ PETER K. LEVITT</u>
         PETER K. LEVITT
         ASSISTANT UNITED STATES ATTORNEY