UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | * |
| v. | * |
| | *   Criminal Action No. 04-10067-JLT |
| | * |
| JOSE RODRIGUEZ | * |

ORDER

January 7, 2005

TAURO, J.

    After the Pretrial Conference held on January 7, 2005, this court hereby orders that:

1.    Trial will commence on March 21, 2005 at 10:00 a.m.

    IT IS SO ORDERED.

    /s/ Joseph L. Tauro
    United States District Judge