```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,     )
                              )    Cr. No. 04-10067 JLT
      v.                      )
                              )
JOSE RODRIGUEZ, A/K/A "CABLE" )
  Defendant.                  )
```

GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from January 7, 2005 (the date of the pretrial conference) to and including March 21, 2005 (the date of trial) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.  The defendant, through counsel, assented to this request at the June 7, 2005 pretrial conference.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                    By:  S/ PETER K. LEVITT
                         PETER K. LEVITT
                         Assistant U.S. Attorney
```

January 12, 2005