UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>          v. )<br>  )<br>JOSE RODRIGUEZ, A/K/A "CABLE" )<br>  Defendant. ) | Cr. No. 04-10067 JLT |

<u>ASSENTED TO MOTION OF THE UNITED STATES</u>
<u>TO CONTINUE TRIAL AND EXCLUDE TIME</u>

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, and hereby moves to continue the trial of the matter, currently scheduled for March 21, 2005, until April 4, 2005 or March 28, 2005. The defendant, through counsel John McBride, assents to this request. The government also moves that to exclude from all Speedy Trial Act calculations the period of time from March 21, 2005 (the currently scheduled trial date) to and including April 4, 2005 or March 28, 2005 (whichever date is scheduled for the trial of this matter) (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)). The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial. The defendant, through counsel, assents to this request.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /S/ PETER K. LEVITT
                              PETER K. LEVITT
                              Assistant U.S. Attorney
```

February 9, 2005