```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr. No. 04-10067 JLT |
| v. ) | |
| ) | |
| JOSE RODRIGUEZ, A/K/A "CABLE" ) | |
| Defendant. ) | |

## INFORMATION

**COUNT ONE:**   (Title 21, United States Code, Section 851 –-
               Notice of Prior Conviction)

The United States Attorney Charges that:

1.   On or about December 15, 1989, JOSE RODRIGUEZ, A/K/A "CABLE", was convicted in the Lawrence District Court in Massachusetts, Dkt. #0318CR1617A, of Possession with Intent to Distribute a Class B Substance, in violation of violation in violation of M.G.L. 94C § 32A.

2.   On or about September 17, 1992, JOSE RODRIGUEZ, A/K/A "CABLE", was convicted in the Lawrence District Court in Massachusetts, Dkt. #9218CR2293B, of Conspiracy to Violate the Controlled Substances Act, in violation of violation in violation of M.G.L. 94C. § 40.

3.   On or about May 5, 1998, JOSE RODRIGUEZ, A/K/A "CABLE", was convicted in the Essex Superior Court in Massachusetts, Dkt. #96770224, of Possession with Intent to Distribute a Class B Substance, in violation of violation in violation of M.G.L. 94C § 32A.

4.   JOSE RODRIGUEZ, A/K/A "CABLE", has been named as a defendant in a Superseding Indictment in the United States District Court for the District of Massachusetts, numbered 04-10067 JLT, charging him with conspiracy to distribute heroin and distribution of heroin.

5.   By way of this information, the government notifies JOSE RODRIGUEZ, A/K/A "CABLE", that he is charged with committing the crimes alleged in said Superseding Indictment after having been previously convicted of the felony drug offenses outlined in paragraph 1-3, above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

>                       Respectfully submitted,
>
>                       MICHAEL J. SULLIVAN,
>                       United States Attorney
>
> By:      /s/ PETER K. LEVITT
>          PETER K. LEVITT
>          Assistant U.S. Attorney

Dated: February 16, 2005

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served a copy of the foregoing document by facsimile and mail on John McBride Esq., counsel for JOSE RODRIGUEZ.

                                  /s/ PETER K. LEVITT
                                  PETER K. LEVITT
                                  Assistant U.S. Attorney

February 16, 2005