```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
                             )    Cr. No. 04-10067 JLT
      v.                     )
                             )
JOSE RODRIGUEZ, A/K/A "CABLE" )
   Defendant.                )
```

**AMENDED INFORMATION**

**COUNT ONE:**   (Title 21, United States Code, Section 851 --
                 Notice of Prior Conviction)

The United States Attorney Charges that:

1.   On or about December 15, 1989, JOSE RODRIGUEZ, A/K/A "CABLE", was convicted in the Lawrence District Court in Massachusetts, Dkt. #08918CR1617, of Possession with Intent to Distribute a Class B Substance (Cocaine), in violation of violation in violation of M.G.L. 94C § 32A.

2.   On or about September 17, 1992, JOSE RODRIGUEZ, A/K/A "CABLE", was convicted in the Lawrence District Court in Massachusetts, Dkt. #9218CR2293, of Conspiracy to Violate the Controlled Substances Act (Cocaine), and Possession with Intent to Distribute a Class B Substance (Cocaine), in violation of violation in violation of M.G.L. 94C §§ 32A, 40.

3.   On or about May 5, 1998, JOSE RODRIGUEZ, A/K/A "CABLE", was convicted in the Essex Superior Court in Massachusetts, Dkt. #96770224, of Possession with Intent to Distribute a Class B Substance (over 28 grams), in violation of violation in violation

of M.G.L. 94C § 32A.

    4.   JOSE RODRIGUEZ, A/K/A "CABLE", has been named as a defendant in a Superseding Indictment in the United States District Court for the District of Massachusetts, numbered 04-10067 JLT, charging him with conspiracy to distribute heroin and distribution of heroin.

    5.   By way of this information, the government notifies JOSE RODRIGUEZ, A/K/A "CABLE", that he is charged with committing the crimes alleged in said Superseding Indictment after having been previously convicted of the felony drug offenses outlined in paragraph 1-3, above.

    All in keeping with Title 21, United States Code, Section 851(a)(1).

Respectfully submitted,

MICHAEL J. SULLIVAN,

United States Attorney

By:   /s/ PETER K. LEVITT
PETER K. LEVITT
Assistant U.S. Attorney

Dated: February 25, 2005

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served a copy of the foregoing document by facsimile and mail on John McBride Esq., counsel for JOSE RODRIGUEZ.

                                  /s/ PETER K. LEVITT
                                  PETER K. LEVITT
                                  Assistant U.S. Attorney

February 25, 2005