```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No.  04-10067 JLT |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| JOSE RODRIGUEZ, | ) | 21 U.S.C. § 846 |
| AKA "CABLE" | ) | Conspiracy to Distribute |
| | ) | Heroin |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | Distribution of Heroin |
| | ) | |
| | ) | 21 U.S.C. §§ 841 (a)(1), 860 |
| | ) | Distribution of Heroin in |
| | ) | School Zone |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| | ) | Aiding and Abetting |
| | ) | |
| | ) | 21 U.S.C. § 853 |
| | ) | Criminal Forfeiture |

## SECOND SUPERSEDING INDICTMENT

COUNT ONE:     (21 U.S.C. § 846--Conspiracy to Distribute Heroin)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by on or about April 5, 2002, and continuing thereafter until on or about June 18, 2002, at Lawrence and Haverhill, and elsewhere in the District of Massachusetts,

JOSE RODRIGUEZ, AKA "CABLE",

defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to possess with intent to distribute and to distribute heroin, a Schedule I controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges that the conspiracy involved 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21, United States Code, Section 841(b)(1)(B)

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**　　(21 U.S.C. § 841(a)(1)--**Distribution of Heroin;** 18 U.S.C. § 2--**Aiding and Abetting**)

The Grand Jury further charges that:

On or about April 5, 2002, at Lawrence, in the District of Massachusetts,

**JOSE RODRIGUEZ, AKA "CABLE",**

defendant herein, knowingly and intentionally possessed with intent to distribute and distributed heroin, a Schedule I controlled substance.

The Grand Jury further alleges that the offense described herein was committed by the defendant within one thousand feet of the real property comprising a public or private elementary, vocational or secondary school in violation of Title 21, United States Code, Section 860.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT THREE</u>:    (21 U.S.C. § 841(a)(1)--Distribution of Heroin; 18 U.S.C. § 2--Aiding and Abetting)

The Grand Jury further charges that:

On or about April 9, 2002, at Lawrence, in the District of Massachusetts,

**JOSE RODRIGUEZ, AKA "CABLE"**,

defendant herein, knowingly and intentionally possessed with intent to distribute and distributed heroin, a Schedule I controlled substance.

The Grand Jury further alleges that the offense described herein was committed by the defendant within one thousand feet of the real property comprising a public or private elementary, vocational or secondary school in violation of Title 21, United States Code, Section 860.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT FOUR</u>:   (21 U.S.C. § 841(a)(1)--Distribution of Heroin; 18 U.S.C. § 2--Aiding and Abetting)

The Grand Jury further charges that:

On or about May 2, 2002, at Lawrence, in the District of Massachusetts,

**JOSE RODRIGUEZ, AKA "CABLE"**,

defendant herein, knowingly and intentionally possessed with intent to distribute and distributed heroin, a Schedule I controlled substance.

The Grand Jury further alleges that the offense described herein was committed by the defendant within one thousand feet of the real property comprising a public or private elementary, vocational or secondary school in violation of Title 21, United States Code, Section 860.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT FIVE**:      (21 U.S.C. § 841(a)(1)--Distribution of Heroin; 18
                     U.S.C. § 2--Aiding and Abetting)

The Grand Jury further charges that:

On or about June 7, 2002, at Lawrence, in the District of Massachusetts,

**JOSE RODRIGUEZ, AKA "CABLE"**,

defendant herein, knowingly and intentionally possessed with intent to distribute and distributed heroin, a Schedule I controlled substance.

The Grand Jury further alleges that the offense described herein was committed by the defendant within one thousand feet of the real property comprising a public or private elementary, vocational or secondary school in violation of Title 21, United States Code, Section 860.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT SIX</u>:     (21 U.S.C. § 841(a)(1)--Distribution of Heroin; 18 U.S.C. § 2--Aiding and Abetting)

The Grand Jury further charges that:

On or about June 11, 2002, at Lawrence, in the District of Massachusetts,

**JOSE RODRIGUEZ, AKA "CABLE"**,

defendant herein, knowingly and intentionally possessed with intent to distribute and distributed heroin, a Schedule I controlled substance.

The Grand Jury further alleges that the offense described herein was committed by the defendant within one thousand feet of the real property comprising a public or private elementary, vocational or secondary school in violation of Title 21, United States Code, Section 860.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT SEVEN</u>:    (21 U.S.C. § 841(a)(1)--Distribution of Heroin; 18
              U.S.C. § 2--Aiding and Abetting)

The Grand Jury further charges that:

On or about June 18, 2002, at Lawrence, in the District of Massachusetts,

**JOSE RODRIGUEZ, AKA "CABLE",**

defendant herein, knowingly and intentionally possessed with intent to distribute and distributed heroin, a Schedule I controlled substance.

The Grand Jury further alleges that the offense described herein was committed by the defendant within one thousand feet of the real property comprising a public or private elementary, vocational or secondary school in violation of Title 21, United States Code, Section 860.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT EIGHT:**   (21 U.S.C. § 846--Conspiracy to Distribute Heroin)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by on or about December 4, 2003 continuing thereafter until on or about December 19, 2003, at Lawrence and Haverhill, and elsewhere in the District of Massachusetts,

**JOSE RODRIGUEZ, AKA "CABLE",**

defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury, to possess with intent to distribute and to distribute heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

**COUNT NINE**:    (21 U.S.C. § 841(a)(1)--Distribution of Heroin; 18 U.S.C. § 2--Aiding and Abetting)

The Grand Jury further charges that:

On or about December 18, 2003, at Lawrence, in the District of Massachusetts,

**JOSE RODRIGUEZ, AKA "CABLE"**,

defendant herein, did knowingly and intentionally possess with intent to distribute and distribute heroin, a Schedule I controlled substance.

The Grand Jury further alleges that the offense described herein was committed by the defendant within one thousand feet of the real property comprising a public or private elementary, vocational or secondary school in violation of Title 21, United States Code, Section 860.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT TEN:**    (21 U.S.C. § 841(a)(1)--**Distribution of Heroin**; 18 U.S.C. § 2--**Aiding and Abetting**)

The Grand Jury further charges that:

On or about December 19, 2003, at Lawrence, in the District of Massachusetts,

**JOSE RODRIGUEZ, AKA "CABLE",**

defendant herein, did knowingly and intentionally possess with intent to distribute and distribute heroin, a Schedule I controlled substance.

The Grand Jury further alleges that the offense described herein was committed by the defendant within one thousand feet of the real property comprising a public or private elementary, vocational or secondary school in violation of Title 21, United States Code, Section 860.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## **FORFEITURE ALLEGATION**

### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts 1 through 10 of this Second Superseding Indictment,

**JOSE RODRIGUEZ, AKA "CABLE",**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations, including, but not limited to, the following:

    (a) the property located at 23 Chardon Street, Lawrence, MA;

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

**A TRUE BILL,**

_____
FOREPERSON OF THE GRAND JURY


_____
PETER K. LEVITT
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS            March 3, 2005

    Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

14

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Lawrence  **Category No.** II  **Investigating Agency** FBI

**City** Lawrence

**County** Essex

**Related Case Information:**
Superseding Ind./ Inf. _____  **Case No.** 04-10067 JLT
Same Defendant  X  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JOSE RODRIGUEZ    Juvenile: ☐ Yes  X No

Alias Name  CABLE

Address  23 Chardon Street, LAWRENCE, MA

Birthdate: 12/06/76  SS # 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  Sex: MALE  Race: Hispanic  Nationalit US

**Defense Counsel if known:**  John McBride    Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA  Peter K. Levitt ; John A. Wortmann, Jr.    Bar Number if applicable  565761 AND 534860

**Interpreter:**  ☐ Yes  X No    List language and/or dialect: _____

**Matter to be SEALED:**  ☐ Yes  X No

☐ Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date  1/20/04

X Already in Federal Custody as of 1/20/04 _____ in _____
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  x Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☐ Felony  10

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  3/3/05    Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSE RODRIGUEZ

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy distribute heroin | 1 |
| Set 2 | 21 USC 841(a) | Distribution of heroin | 2 |
| Set 3 | 21 USC 841(a) | Distribution of heroin | 3 |
| Set 4 | 21 USC 841(a) | Distribution of heroin | 4 |
| Set 5 | 21 USC 841(a) | Distribution of heroin | 5 |
| Set 6 | 21 USC 841(a) | Distribution of heroin | 6 |
| Set 7 | 21 USC 841(a) | Distribution of heroin | 7 |
| Set 8 | 21 USC 846 | Conspiracy distribute heroin | 8 |
| Set 9 | 21 USC 841(a) | Distribution of heroin | 9 |
| Set 10 | 21 USC 841(a) | Distribution of heroin | 10 |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-MA3.wpd - 2/7/02