UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> JOSE RODRIGUEZ, ) <br> Defendant ) | DOCKET NO. <br> 04/10067 JLT |

## MOTION FOR CONTINUANCE

NOW COMES the Defendant, Jose Rodriguez in the above-captioned matter and hereby requests that this Honorable Court continue his case from March 28th, 2005 to a convenient date for all parties.

As reasons therefore, the defendant states that there is a third superseding indictment on which he has not been arraigned yet.

The Assistant United States Attorney, Peter K. Levitt has been apprised of this motion and assents hereto.

The defendant waives the time between this date presently scheduled for hearing on this matter and the date for which this matter is continued to for purposes of the speedy trial act.

Respectfully submitted,

Dated: March 10, 2005

John C. McBride, Esq.
BBO# 326960
McBRIDE & NATOLA
A Professional Association
The Waterfront Building
240 Commercial Street
Suite 2-B
Boston, MA 02109

## CERTIFICATE OF SERVICE

I, John C. McBride, counsel for the within named Defendant hereby certifies under the pains and penalties of perjury I have mailed a copy, first class, of the attached documents to the following individual(s):

United States District Court
Attn: Zita Lovett, Courtroom Clerk
One Courthouse Way
Boston, MA 02210

U. S. District Attorney's Office
Attn: Peter Levitt, AUSA
Fax: (617) 748 3974

*/s/ John C. McBride*
JOHN C. McBRIDE

Dated: March 10, 2005