UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 APR -1 P 12: 38
U.S. DISTRICT COURT
DISTRICT OF

UNITED STATES OF AMERICA )
)
v. ) DOCKET NO. 04-MAG8-JLT
)
Jose Rodriguez )
)

**MOTION TO DISMISS APPOINTED ATTORNEY AND TO APPOINT NEW ATTORNEY**

NOW COMES the Defendant, Jose Rodriguez, in the above matter, and moves this Honorable Court to dismiss my appointed attorney and to appoint a new attorney to represent my interests.

The reasons that I make this request are:

(✓) Disagreement on strategy;

( ) Failure to obtain a bail appeal;

(✓) Lack of understanding between me and my attorney;

(✓) Failure to present my best interests;

(✓) Other:

I move this court to dismiss my appointed counsel, because I feel my counsel is not representing me to the best of his ability.

Respectfully submitted,

_[signature]_, Pro Se
26 Long Pond Road
Plymouth, MA 02360

Dated: