```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,     )
                              )     Cr. No. 04-10067 JLT
          v.                  )
                              )
JOSE RODRIGUEZ, A/K/A "CABLE" )
   Defendant.                 )
```

                GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from March 14, 2005 (the date of the defendant's motion to continue the trial) to and including May 31, 2005, or the date of the next status conference, whichever is earlier (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).

As grounds for this motion, the government states as follows. This case was scheduled for trial on March 21, 2005. On March 14, 2005, the defendant filed a motion to continue the trial to a date convenient for all parties and waived, under the Speedy Trial Act, the time from the date of his motion until the date to which the matter is continued. On April 1, 2005, the defendant filed a motion to dismiss appointed counsel and appoint new counsel. On April 22, 2005, the Court denied that motion. The next Court date has not yet been scheduled. The defendant, through counsel, has assented to the relief requested herein.

    For the foregoing reasons, the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.  The defendant, through counsel, assented to this request at the June 7, 2005 pretrial conference.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

                    By:
                                  PETER K. LEVITT
                                  Assistant U.S. Attorney

April 28, 2005