UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        )<br>    v.      )<br>        )<br>JOSE RODRIGUEZ, A/K/A "CABLE" )<br>  Defendant.    ) | Cr. No. 04-10067 JLT |

MOTION OF THE UNITED STATES
FOR A STATUS CONFERENCE

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, and requests that the Court schedule a status conference, with the defendant present, in the above matter.

As grounds for this motion, the government states as follows. This case was scheduled for trial on March 21, 2005. On March 14, 2005, the defendant filed a motion to continue the trial to a date convenient for all parties and waived, under the Speedy Trial Act, the time from the date of his motion until the date to which the matter is continued. On April 1, 2005, the defendant filed a motion to dismiss appointed counsel and appoint new counsel. On April 22, 2005, the Court denied that motion on the grounds that counsel was retained not appointed. On April 28, 2005, the government filed an assented to motion to exclude from all Speedy Trial Act calculations the period of time from March 14, 2005 to and including May 31, 2005.

The next Court date has not yet been scheduled. For the foregoing reasons, the government requests that the Court schedule a status conference with the defedant present.

                                         Respectfully submitted,

                                         MICHAEL J. SULLIVAN
                                         United States Attorney

                          By:   /s PETER K. LEVITT
                              PETER K. LEVITT
                              Assistant U.S. Attorney

June 6, 2005