5-26-05

HONORABLE Mr. JOSEPH TAURO
JHON JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

Dear Your Honor, I wish when this letter gets to your hands, it will find you in good health and spirits.

Your Honor, in the next few months I am suppose to begin a trial before you on my criminal case. As things stand right now, I am not ready for it. I need some more time to prepare myself for such a crucial situation.

Currently I am being represented by Attorney Mr. Jhon McBride of McBride and Natola of Boston. A short time ago, I had asked Mr. McBride to please step down from my case and to write a letter to you and to the court to let you know about his withdrawl. I had asked him to do that as soon as possible as to give me enough time to get someone else to represent me.

As for the reasons of Mr. McBride's dismisal, I will mention few: First of all, I do not agree with the way He had approached my case. Second of all, throughout all the time I have been incarcerated I could not develop any good communication with Mr. McBride; He does not come to see me to

discuss the case. His office does not accept my collect phone calls, and He does not answer my letter and requests. He does not keep me up dated of how my case is moving along, if there is any movement it all. we have not been able to get on the same pace to work together on the case and to do what is best for me.

Besides, Your Honor, my economic situation is very tight. There is not way I can come up with more money to pay for Mr. Mc Bride' services any longer.

For all the above your Honor, I have to ask you very respectfully, that please let Mr. Mc Bride withdraw from the case, and also I am asking this court to, please, appoint a public defender to represent me.

Please act on this matter on a timely fashion as to give me enough time to prepare myself for the upcoming trial.

For your attention to this matter, I thank you very much. God bless you

Sincerely,
José Rodriguez  ID. 36886
26 long pond Road
Plymouth MA 02367
DS-3  #407