UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | |
| | * | Criminal Action No. 04-10067-JLT |
| | * | |
| JOSE RODRIGUEZ | * | |

ORDER

July 7, 2005

TAURO, J.

After the Pretrial Conference held on July 7, 2005, this court hereby orders that:

1.      Trial will commence on August 22, 2005 at 10:00 a.m.; and

2.      Defendant will inform Ms. Lovett of the status of the case by August 15, 2005.

IT IS SO ORDERED.

        /s/ Joseph L. Tauro
United States District Judge