```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA, )  | |
| ) | Cr. No. 04-10067 JLT |
| v. ) | |
| ) | |
| JOSE RODRIGUEZ, A/K/A "CABLE" ) | |
| Defendant. ) | |

### MOTION OF THE UNITED STATES
### TO CONTINUE SENTENCING HEARING

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and Peter K. Levitt, Assistant U.S. Attorney, and requests that the Court continue the sentencing hearing, currently scheduled for November 10, 2005, for approximately 60 days. In support of this motion, the government states that, on or about October 24, 2005, counsel for the defendant filed a motion to withdraw and to have new counsel appointed because present counsel is prohibited from practicing at the present time.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                              By:   /s PETER K. LEVITT
                                    PETER K. LEVITT
                                    Assistant U.S. Attorney

October 25, 2005