UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | DOCKET NO. 04-10067-JLT |
| | ) | |
| JOSE RODRIGUEZ, | ) | |

**MOTION TO WITHDRAW**

Now comes John C. McBride, and requests this Honorable Court, to allow him to withdraw from representing the defendant, since the Order of the Single Justice of the Judicial Court prevents Mr. McBride from representing any defendants until his appeal has been exhausted before the full bench of the Supreme Judicial Court.

Respectfully submitted,
Defendant
By his attorney

John C. McBride
B.B.O.# 326960
McBride & Associates
240 Commercial Street, Suite 2B
Boston, MA 02109
617-367-8844

## CERTIFICATE OF SERVICE

I, John C. McBride, Esq., hereby certify that on this 20th day of October, 2005, I served a copy of Motion to Withdraw, by delivering via first class mail and/or facsimile:

>Peter Levitt, Esq.
>Assistant United States Attorney
>United States Attorney
>U.S. Courthouse
>Suite 9200
>One Courthouse Way
>Boston, MA 02210

_____
John C. McBride