Dear Honorable Judge!

Greetings!

My name is Jose Rodriguez, I am currently incarcerated at Plymouth County Correctional Center. The reason for this letter is, that it's been brought to my attention that my attorney John C. McBride is no longer licensed to practice law and he was the one handling my case. I was due to appear for sentencing and now I have to be assigned new council. I am writing this letter to respectfully request that I be brought in front of your honor, so that I may also be assigned new council. Any attention concerning this matter will be greatly appreciated. Thank you in advance.

Date: 11-3-05

Sincerely,

Jose [signature]