UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS                    CASE NO. 04CR10067-JLT

UNITED STATES        )
                     )
v.                   )
                     )
                     )
JOSE RODRIGUEZ       )

## MOTION TO WITHDRAW

NOW COMES Bridgett Garballey, and respectfully requests that this Honorable Court allow her Motion to Withdraw in the above-captioned matter. As reasons therefore, Attorney Garballey states that her involvement in this case only consisted of assisting Attorney John McBride when she was his associate. Attorney Garballey appeared only once to stand in for Attorney McBride on this matter. Attorney Garballey has had no contact with Mr. Rodriguez and no involvement in that case since that time.

Wherefore, Attorney Garballey respectfully requests that this Honorable Court allow her Motion to Withdraw.

Respectfully Submitted,

Bridgett Garballey
Law Office of Bridgett Garballey
39 Maynard Street
Arlington, MA 02474
(781) 316 1542 (telephone)
(781) 641 5152 (fax)
BBO# 655282

Dated: December 2, 2005

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS          CASE NO. 04CR10067-JLT

UNITED STATES      )
                   )
v.                 )
                   )
JOSE RODRIGUEZ     )

NOW COMES Bridgett Garballey and hereby states she has forwarded a copy of Motion to Withdraw via first class mail and/or facsimile to the following:

United States Attorney's Office
1 Courthouse Way
Boston, Massachusetts 02210
fax: (617) 748-3953

Signed under the pains and penalties of perjury this 2nd day of December, 2005.

Bridgett Garballey

Dated: 12/2/05