UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
v.                              )    DOCKET NO. _04-10067 JLT_
                                )
_Jose Rodriguez_                )
                                )

## MOTION TO DISMISS APPOINTED ATTORNEY AND TO APPOINT NEW ATTORNEY

NOW COMES the Defendant, _Jose Rodriguez_, in the above matter, and moves this Honorable Court to dismiss my appointed attorney and to appoint a new attorney to represent my interests.

The reasons that I make this request are:

( )   Disagreement on strategy;

( )   Failure to obtain a bail appeal;

( )   Lack of understanding between me and my attorney;

( )   Failure to present my best interests;

( )   Other:
      _MY ATTORNEY CAN NOT PRACTISE LAW_
      _IN MASS. John C. McBride_

Respectfully submitted,

x _Jose_ _____, Pro Se
26 Long Pond Road
Plymouth, MA 02360

Dated: