UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES          ) | |
| ) | |
| ) | |
| v.                            ) | No. 04 CR 10067 JLT |
| ) | |
| ) | |
| JOSE RODRIGUEZ       ) | |

## MOTION FOR LEAVE TO WITHDRAW

Now comes Michael F. Natola and respectfully moves the Court for leave to withdraw as attorney for the defendant in the above-referenced action.

In support hereof, the moving party respectfully says:

1. I was associated in the practice of law with John C. McBride from approximately November, 2000 until December 31, 2004.

2. On November 18, 2004 Mr. McBride asked me to "cover" the final status conference held that day before the Honorable Robert B. Collings, U.S.M.J.

3. On November 18, 2004 I appeared on Mr. McBride's behalf at the final pretrial conference.

4. On that date I filed my limited appearance for the defendant "for Final Status Conference, 11/18/04 only." (See Document 33 on file in this case).

5. Prior to that date I had no involvement with this case, and since that date I have had no involvement with it.

6. I have never met or spoken with the defendant, was not engaged or retained by him, know absolutely nothing about this case (apart from the limited information I related to Magistrate Judge Collings on Mr. McBride's behalf on November 18, 2004), and have never been paid or given anything of value for

my only participation in this case on November 18, 2004.

For all the foregoing reasons, the moving party respectfully requests that the instant motion be allowed in all respects.

/s/Michael F. Natola
_____

December 13, 2005

MICHAEL F. NATOLA
BBO No. 367580
63 Atlantic Avenue
Boston, Massachusetts 02110
Tel. (617) 367-1199
Fax (617) 227-3384
E-mail MFNatola@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion was served upon Assistant U.S. Attorney Peter K. Levitt electronically the above date.

/s/Michael F. Natola
_____
MICHAEL F. NATOLA