| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | |

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR No. 04-10067-JLT |
|---|---|
| DEFENDANT<br>JOSE RODRIGUEZ, a/k/a "CABLE" | TYPE OF PROCESS<br>PRELIMINARY ORDER OF FORFEITURE |

Stamp: RECEIVED U.S. MARSHAL SVC. JAN 5 3 00 PM '06 DIST. OF MASS.

**SERVE AT**

Essex County Registry of Deeds

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

381 Common Street, Lawrence, MA 01840

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Kristina E. Barclay, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please record the attached Preliminary Order of Forfeiture at the above-referenced Registry of Deeds. For Title to the property, see Deed recorded at Book 4874, Page 332 of the Essex North District Registry of Deeds, in the name of Jose Rodriguez.

LJT x3283

Signature of Attorney or other Originator requesting service on behalf of: Kristina E. Barclay/LJT  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (617) 748-3100

DATE: Dec. 23, 2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. 35 | District to Serve No. 35 | Signature of Authorized USMS Deputy or Clerk | Date 1/5/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 1/13/06   Time: am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: 1/6/06 Certified # 7002 0510 0004 1358 0730
1/10/06 document recorded by Registry

(8)

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT