**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**

| | |
|---|---|
| PLAINTIFF: UNITED STATES OF AMERICA | COURT CASE NUMBER: CR No. 04-10067-JLT |
| DEFENDANT: JOSE RODRIGUEZ, a/k/a "CABLE" | TYPE OF PROCESS: PRELIMINARY ORDER OF FORFEITURE |

FILED IN CLERKS OFFICE
2006 MAR -3 P 3:54
U.S. DISTRICT COURT
DISTRICT OF MASS

**SERVE AT**
PUBLICATION
ADDRESS: 55 Main Street, North Andover, Massachusetts 01845

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Kristina E. Barclay, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

Please publish the attached Notice of Order of Forfeiture at least once for three (3) successive weeks in the Boston Herald or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Preliminary Order of Forfeiture and applicable law.

LJT x3283

Signature of Attorney: Kristina E. Barclay/LJT
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (617) 748-3100
DATE: Dec. 23, 2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| Total Process | District of Origin | District to Serve | Date |
|---|---|---|---|
| | No. 38 | No. 38 | 1/5/06 |

Date of Service: 2/10/06

REMARKS: Advertised in the Boston Herald on Jan 10, 17 and 24, 2006.

(9)

1. CLERK OF THE COURT
FORM USM 285 (Rev. 12/15/80)