UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>           Plaintiff,    )  <br>                            )  <br>      v.                    )  <br>                            )  <br> JOSE RODRIGUEZ,            )  <br>     a/k/a "CABLE",         )  <br>           Defendant.       ) | Criminal No. 04-10067-JLT |

## MOTION FOR FINAL ORDER OF FORFEITURE

The United States of America, by its Attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves that this Court issue a Final Order of Forfeiture in the above-captioned case, pursuant Title 21, United States Code, Section 853. In support thereof, the United States sets forth the following:

1. On or about March 10, 2005, a federal grand jury sitting in the District of Massachusetts returned a ten count Third Superseding Indictment charging Defendant Jose Rodriguez, a/k/a Cable ("Rodriguez" or the "Defendant"), with the following violations: Conspiracy to Distribute Heroin, in violation of 21 U.S.C. § 846 (Counts One and Eight); and Distribution of Heroin and Aiding Abetting, in violation of 21 U.S.C. § 841(a)(1), and 18 U.S.C. § 2 (Counts Two through Seven, Nine, and Ten).

2. The Third Superseding Indictment also included a Forfeiture Allegation, which sought the forfeiture, as a result of committing one or more of the offenses alleged in Counts One

through Ten of the Third Superseding Indictment, of any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations, pursuant to 21 U.S.C. § 853.  Such property includes, but is not limited to, the following:

> the property located at 23 Chardon Street, Lawrence, MA (the "Property").

3.   On August 11, 2005, Rodriguez pled guilty to Counts One through Ten of the Third Superseding Indictment, pursuant to a plea agreement he signed on August 11, 2005.  In Section Eight of the plea agreement, Rodriguez agreed to forfeit any and all of his assets subject to forfeiture pursuant to 21 U.S.C. § 853 as a result of his guilty plea.  Such assets included, without limitation, the Property, which Rodriguez admitted is subject to forfeiture on the grounds that it constitutes, or was derived from, proceeds of Rodriguez's drug activity, and/or that the Property was used, or intended to be used, to commit the drug trafficking crimes charged in the Third Superseding Indictment.

4.   On or about December 8, 2005, this Court issued a Preliminary Order of Forfeiture, pursuant to 21 U.S.C. § 853, and Rule 32.2 of the Federal Rules of Criminal Procedure, against the Defendant's interest in the Property.

5.   On or about January 10, 2006, January 17, 2006, and

January 24, 2006, a Notice of Order of Forfeiture was published in the <u>Boston</u> <u>Herald</u> Newspaper pursuant to 21 U.S.C. § 853(n) (<u>see</u> Docket Number 81).

    6.   To date, no other claims of interest in the Property have been filed with the Court and the time within which to do so has expired.

    WHEREFORE, the United States respectfully requests that this Court enter a Final Order of Forfeiture against the Property. A Proposed Order is submitted herewith for the convenience of the Court.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                              United States Attorney

                     BY:   <u>/s/Kristina E. Barclay</u>
                              PETER K. LEVITT
                              KRISTINA E. BARCLAY
                              Assistant U.S. Attorneys
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
Date: March 17, 2006             (617) 748-3100

**CERTIFICATE OF SERVICE**

    This is to certify that the foregoing Motion for Final Order of Forfeiture and the proposed Final Order of Forfeiture, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                    /s/Kristina E. Barclay
                    Kristina E. Barclay
                    Assistant United States Attorney