**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIM. NO. 04-10067-JLT |
| | ) | |
| **JOSE RODRIGUEZ** | ) | |

**NOTICE OF APPEARANCE**

Please enter the undersigned's appearance as counsel for the United States of America in this matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

Dated: 4/2/06          By:   /s/ John A. Wortmann, Jr.
                             JOHN A. WORTMANN, JR.
                             Assistant U.S. Attorney
                             One Courthouse Way
                             Boston, MA
                             (617) 748-3207