UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| V. ) | NO. 04-10067 |
| ) | |
| JOSE RODRIGUEZ ) | |

Now comes the defendant in the above-captioned case and objects to paragraph 3 of the prosecution's amended information. The defendant says that he was not convicted of possession with intent to distribute a Class B substance on May 5, 1998, Docket No. 96-770224.

On this indictment the defendant was convicted of possession of cocaine.

Counsel will mail a copy of the docket sheet for 96-770224 to the court with a copy to the prosecution.

For the defendant,

/s/EDWARD L. HAYDEN
EDWARD L. HAYDEN
7 Franklin Street
Lynn MA 01902
(781) 599-1190
BBO #226430