COMMONWEALTH OF MASSACHUSETTS
ESSEX, SS.
SUPERIOR COURT
CRIMINAL DOCKET

9677CR 0224

COMMONWEALTH VS. JOSE RODRIGUEZ

OFFENSE: Violation of the Controlled Substance Laws, (Trafficking) Chap. 94C, Sec. 32E

PLACE: Lawrence

SURETY AND AMOUNT: Virgen M. Baez $5,000.00 (Cash) Virgen M. Baez $5,000.00 (cash)
TOTAL- $10,000.00

PROSECUTOR: Robert Brennan, A.D.A., Museum Place, 1 East India Sq. Mall, Salem 01970

COUNSEL: Thomas J. Torrisi, Esq., 420 common St., Lawrence 01840
John McBride, Esq., 240 Commercial St., Boston, MA 02109

JUSTICE DISPOSING OF CASE: Borenstein, J.

| Date | No. | Entry |
|---|---|---|
| 1996 Jan. 24 | 1 | INDICTMENT FILED: |
| August 13 | 2 | Robert Brennan, Assistant District Attorney appears for the Commonwealth. |
| | 3 | Thomas J. Torrisi, Esq., appears for the defendant. |
| | | Defendant waives reading of indictment and pleads not guilty. |
| | | Defendant ordered to recognize Same Bail as District Court. |
| | | Continued to September 23, 1996. |
| | | Bohn,J., presiding: A.Green, Court Stenographer |
| August 14 | 4 | Lawrence District Court Notified Re: Bail. |
| August 20 | 5 | Cash Bail Received. |
| Sept 23 | | Continued to October 2, 1996 for conference. |
| | | Bohn,Jr.J. presiding: P.Flaherty, Court Stenographer |
| October 2 | | Continued to November 4, 1997 for motions. |
| | | Bohn,Jr.J., presiding: P.Flaherty, Court Stenographer |
| Nov 4 | | Continued to November 21, 1996 to file motion to suppress. |
| | | Grasso.J., presiding: M.Hezekiah, Court Stenographer |
| Nov 21 | 6 | Motion to Suppress Evidence and Affidavit filed. |
| | | Continued to January 29, 1997 for motion to suppress. |
| | | Grasso.J., presiding: M.Hezekiah, Court Stenographer |
| 1997 Jan 30 | 7 | Memorandum of Decision and Order as to Motion to Suppress DENIED. (Brassard,J.) |
| June 5 | 8 | John McBride appears for the defendant. |
| | | Continued to June 13, 1997 for Trial Assignment. |
| | | Whitehead, J., presiding: A. Green, Court Stenographer |

| Date | No. | Entry |
|---|---|---|
| 97 | | |
| une 13 | | Continued to August 11, 1997 for Trial. |
| | | Whitehead, J., presiding: A. Green, Court Stenographer |
| ug 11 | | Held for Trial in Judge Merrick's Session. |
| | | Kottmyer, J., presiding: A. Green, Court Stenographer |
| ug 14 | | Continued to September 17, 1997 for Trial. |
| | | Kottmyer, J., presiding: A. Green, Court Stenographer |
| Dec 23 | | Continued to January 20, 1998 for Trial. |
| | | Bohn, J., presiding: A. Green, Court Stenographer |
| 1998 | | |
| 1 15 | | Continued to March 9, 1998 for Trial by Agreement. |
| | | Whitehead, J., presiding: M. Hezekiah, Court Stenographer |
| ar 9 | | Defendant Defaulted. Warrant to be held until March 10, 1998. |
| | | McEvoy, J., presiding: M. Hezekiah, Court Stenographer |
| ar 10 | | Warrant to Issue. Order to Surety to Show cause Re: Bail forfeiture for |
| | | March 24, 1998 at 9:00am, First Criminal Session. |
| | | McEvoy, J., presiding: M. Hezekiah, Court Stenographer |
| ar 10 | | WMS #9677CR000224 issued. |
| ar 11 | 9 | Order to Show Cause issued Re: Bail Returnable March 24, 1998. |
| Mar 13 | | Bail Surety appears and re-affirms Bail in the sum of $5,000.00 |
| | 10 | AMENDED-Defendant ordered to recognize One Hundred Thousand Dollars ($100,000.00) |
| | | with surety or Ten Thousand Dollars ($10,000.00) cash. ($5,000.00 already posted.) |
| | | Continued to March 16, 1998 for Trial. |
| | | Cratsley, J., presiding: P. Flaherty, Court Stenographer |
| ar 13 | 11 | Notice of Recall of Warrant. |
| ar 16 | | Continued to March 30, 1998 for Trial. |
| | | Cratsley, J., presiding: P. Flaherty, Court Stenographer |
| ar 18 | 12 | Cash Bail Received. |
| r 31 | | Held for Trial in Salem. |
| | | McEvoy, J., presiding: M. Hezekiah, Court Stenographer |
| 5 | 13 | Motion to Dismiss filed, argued and DENIED. |
| | | Defendant waives a jury trial. |
| | 14 | Waiver filed. |
| | 15 | Memo of Trial filed. |
| | | FINDING: GUILTY of "Possession of Cocaine" |
| | | PROBATION: Eighteen (18) months probation. Special Conditions of Probation 1) drug |
| | | counseling; 2)random urinalysis. |
| | 16 | Victim/Witness Assessment $60.00. Drug Assessment $150.00. |
| | | Probation fee $45.00 per month. |
| | | Notified of Rights to Appeal. |
| | | Borenstein, J., presiding: M. Parziale, Court Stenographer |

COMMONWEALTH OF MASSACHUSETTS
ESSEX, SS.
SUPERIOR COURT
CRIMINAL DOCKET

COMMONWEALTH VS. JOSE RODRIGUEZ



| 1998 | | |
|---|---|---|
| Aug 31 | | Probation Surrender Continued to September 8, 1998 at 9:00a, at Salem. |
| | | McEvoy, J., presiding: M. Parziale, Court Stenographer |
| Sept 8 | | Continued to October 20, 1998. |
| | | Grasso, J., presiding: A. Green, Court Stenographer |
| Oct 20 | | Continued to November 10, 1998. No Further Continuances. |
| | | vanGestel, J., presiding: C. Mathieu, Court Stenographer |
| Nov 10 | | Probation Violation Dismissed. |
| | | Merrick, J., presiding: A. Green, Court Stenographer |
| Nov 8 | | All Probation Requirements met - Defendant Discharged from Probation. |
| | | Whitehead, J., presiding: H. McKenna, Court Stenographer |