Friday, April 14, 2006

Judge Joseph Tauro
One Court House way
Boston, MA 02210

Re: Case #04-10067 JLT

Dear Judge Tauro

I'm enclosing copies of letters from my attorney John McBride. Based on those representations I agreed to plead guilty. (6-9 years).

I was appointed new counsel Mr. Edward Hayden after Mr. McBride was disbarred, and a new D.A. was appointed to the case as well.

I was previously offered a deal of 8 years from Mr. Levit which was in writing; but the new D.A. wants 20 years. I would like to accept, if possible the offer from the original D.A.

I beg your honor for any assistance you can provide.

Thank you
Respectfully

Jose Rodriguez