LAW OFFICES
## McBRIDE AND NATOLA
A PROFESSIONAL ASSOCIATION
THE WATERFRONT BUILDING
SUITE 2B
240 COMMERCIAL STREET
BOSTON, MASSACHUSETTS 02109

JOHN C. McBRIDE
MICHAEL F. NATOLA
BRIDGETT GARBALLEY
ROBERT J. WISE

TEL: (617) 367-8844
FAX: (617) 523-5153

July 7, 2005

Jose Rodriquez, Inmate #36886
DS-3 #407
26 Long Pond Road
Plymouth, MA 02360

RE:   Commonwealth v. Jose Rodriguez

Dear Jose:

Today, I appeared before Judge Tauro for your status conference. The Judge ordered this case to go to trial on August 22, 2005. He asked me whether you intended to change lawyers. I told him I did not think so because I had not heard from anybody. I am enclosing copies of motions to vacate your prior convictions.

In any event, my advice to you is not to go to trial and take a chance before a judge and a jury. You are lucky to have drawn one of the best judges in the Federal Court. Since U.S. v. Booker, was decided, he does not rigidly adhere to the guidelines. In my view, he would treat you easier if you pleaded guilty, rather than go to trial. If you went to trial, in my view, it is almost a certainty that you would be found guilty by a jury. Peter Levitt has three informants prepared to testify, as well as tape recorded conversations against you. It would be almost a certainty that a jury would find you guilty.

Jose Rodriguez
July 7, 2005
Page 2

    On the other hand, if you accept the responsibility and pleaded guilty, the judge would go easier on you. Again, the prosecutor has you classified as a career offender. This judge, in my view, would look at the whole case and probably sentence you to a term of 6-8 or 9 years with credit for the time you have already served. These are just my estimates. They are not guarantees.

    Additionally, I have enclosed a letter received by the Department of Justice, which we will discuss.

    When you receive this letter call me.

Very truly yours,

John C. McBride

JCM:amb
Enclosures

LAW OFFICES
## McBRIDE AND NATOLA
A PROFESSIONAL ASSOCIATION
THE WATERFRONT BUILDING
SUITE 2B
240 COMMERCIAL STREET
BOSTON, MASSACHUSETTS 02109

JOHN C. McBRIDE  
MICHAEL F. NATOLA  
BRIDGETT GARBALLEY  
ROBERT J. WISE  

TEL: (617) 367-8844  
FAX: (617) 523-5153  

July 18, 2005

Jose Rodriguez  
Plymouth House of Correction  
26 Long Pond Rd.  
Plymouth, MA 02360  

**FIRST CLASS MAIL**

RE: U.S. v. Jose Rodriguez

Dear Jose:

    Enclosed please find a drafted proposal from the government. Obviously, I have been negotiating with them. I have received your letter of July 10th, 2005. This letter should answer some of your questions.

    I still think that there is a possibility, no guarantees, that you can get 6 to 9 years from Judge Tauro. This is a better chance than going to trial and facing the substantial probability that a jury will find you guilty.

    If you accept responsibility in a timely fashion, consistent with the prosecutor's letter, you stand a much better chance of receiving a better sentence than going to trial and losing any points you get for acceptance of responsibility.

    As I am sure you now know, the court is not bound by the Federal Sentencing Guidelines. In essence, the Court, under Booker and Fanfan can basically do what it wants. It simply looks to the Guidelines as guidelines and no more.

    When you receive this, please call me at your earliest convenience.

Very truly yours,

John C. McBride

JCM/fn