U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

FILED
IN CLERKS OFFICE

2006 JUN -2 P 12: 30

U.S. DISTRICT COURT
DISTRICT OF MASS.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CR No. 04-10067-JLT |
| DEFENDANT | TYPE OF PROCESS **FINAL** |
| JOSE RODRIGUEZ, a/k/a "CABLE" | **ORDER OF FORFEITURE** |

**SERVE AT**

Lawrence Tax Assessor's Office

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
200 Common Street, Room 103, Lawrence, MA 01840

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Kristina E. Barclay, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):

Please serve the attached Final Order of Forfeiture upon the above-referenced institution by certified mail, return receipt requested.

LJT x3283

Signature of Attorney or other Originator requesting service on behalf of:
Kristina Barclay/LJT
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: (617) 748-3100
DATE: April 13, 2006

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process No.: 
District of Origin No.: 38
District to Serve No.: 38
Signature of Authorized USMS Deputy or Clerk: Mary J. May
Date: 4/25/06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 5/4/06
Time: am/pm

Signature of U.S. Marshal or Deputy: Mary J. May

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: 4/26/06 # 7004 1160 0001 5657 9576
5/1/06 Delivery Date

(10)

PRIOR EDITIONS MAY BE USED

1. CLERK OF THE COURT

FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD    ☐ NOTICE OF SERVICE    ☐ BILLING STATEMENT    ☐ ACKNOWLEDGMENT OF RECEIPT