UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| V. ) | NO. 04-10067 |
| ) | |
| JOSE RODRIGUEZ ) | |

Now comes the defendant in the above-captioned case and objects to paragraphs 1 and 2 of the prosecution's Title 21 section 851 Amended Information. The defendant says that on June 2, 2006, Judge Thomas Brennan allowed Motions for New Trials on both complaints no. 8918CR1617 and 9218CR2293. Counsel will mail a copy of the allowed motions to the court and a copy to the prosecution and probation.

For the defendant,

/s/ Edward L. Hayden
Edward L. Hayden
7 Franklin Street
Lynn MA 01902
(781) 599-1190
BBO #226430