*Schedule*
*6/2/06*
*2:00 PM*

COMMONWEALTH OF MASSACHUSETTS

DISTRICT COURT DIVISION
ADMITTED TO RECORD
2006 MAY 02 A 8:47

ESSEX, SS                                   Lawrence District Court Dept.
                                            Docket No. 8918CR1617

Commonwealth of         )
    Massachusetts,      )
                        )
Vs.                     )
                        )
JOSE RODRIGUEZ,         )
        Defendant       )

*6/2/06 Allowed JMD*

### MOTION FOR NEW TRIAL

The defendant moves, pursuant to Mass.R.Crim.P. 30, that he be granted a new trial on the above captioned matter, or, alternatively, that the Court dismiss, strike or set aside his prior conviction.

As reasons therefore, the defendant states that the prior conviction is constitutionally invalid. The record does not reflect a knowing and intelligent waiver of his constitutional right to a jury trial. The record does not reflect that he was advised of his rights according to M.G.L. c. 263, § 6; M.G.L. c. 218, § 26A. Additionally, the record reflects the absence of a written jury waiver. Exhibit 1.

Wherefore, the defendant moves that this Motion be allowed. Please see the attached memorandum of law, affidavit of counsel, affidavit of defendant, exhibits and any further evidence as may be presented at a hearing on this motion.

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS
Lawrence District Court Dept.
Docket No.: 9218CR2293

Commonwealth of Massachusetts, )
)
Vs. )
)
JOSE RODRIGUEZ, )
Defendant )

## MOTION FOR NEW TRIAL

The defendant moves, pursuant to Mass.R.Crim.P. 30, that he be granted a new trial on the above captioned matter, or, alternatively, that the Court dismiss, strike or set aside his prior conviction.

As reasons therefore, the defendant states that the prior conviction is constitutionally invalid. The record does not reflect a knowing and intelligent waiver of his constitutional right to a jury trial. The record does not reflect that he was not advised of his rights according to M.G.L. c. 263, § 6; M.G.L. c. 218, § 26A. Additionally, the record reflects the absence of a written jury waiver. Exhibit 1.

Wherefore, the defendant moves that this Motion be allowed. Please see the attached memorandum of law, affidavit of counsel and affidavit of defendant, exhibits and any further evidence as may be presented at a hearing on this motion.