## CERTIFICATE OF SERVICE

I, **EDWARD L. HAYDEN,** Attorney of record for the Defendant **JOSE RODRIGUEZ,** do hereby certify that I have served the foregoing, **ATTACHMENT TO DEFENDANT'S OBJECTION,** by mailing a copy, to Attorney John Wortman, U.S. Attorney's Office, U.S. District Court, One Courthouse Way, Boston MA and Kelly Foster, Probation Department, U.S. District Court 595 Main Street, Worcester MA, on the 9th day of June 2006.

_____
EDWARD L. HAYDEN