UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>)<br>JOSE RODRIGUEZ       ) | Criminal No. 04-10067-JLT |

**GOVERNMENT'S CERTIFICATION OF TIMELY ACCEPTANCE OF RESPONSIBILITY**

The United States of America, through undersigned counsel, hereby certifies pursuant to U.S.S.G. § 3E1.1(b) that defendant Jose rodriguez notified the government of his intent to plead guilty in a timely manner, thereby permitting the government to avoid preparing for trial. Based on that fact, the government requests that Rodriguez be awarded a three-point reduction for acceptance of responsibility.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney
617-748-3207

**CERTIFICATE OF SERVICE**

I, John A. Wortmann, Jr., certify that I caused a copy of this Motion to be served by hand to counsel of record for Jose Rodriguez.

7-12-06
John A. Wortmann, Jr.
Assistant U.S. Attorney