IN  THE  UNITED  STATES  DISTRICT  COURT
FOR  THE  DISTRICT  OF  MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JOSE   RODRIGUEZ

No. 04-CR-10067-JLT

### MOTION  TO  CONTINUE  STATUS  CONFERENCE

Defendant respectfully requests that the Court continue the status conference in this

matter, currently set for January 24, 2008, for 30 days.  As grounds therefor, undersigned counsel

states:

1.    Undersigned counsel will be attending the judiciary "Crack Sentencing Retroactivity

Summit" in St. Louis, MO on January 23-25, 2008.

2.    Undersigned counsel requires additional time to confer with defendant, who is

incarcerated in Ohio, concerning the 2255 petition at issue in this case.

/s/ William W. Fick
William W. Fick, Esq.
BBO# 650562
FEDERAL DEFENDER OFFICE
408 Atlantic Ave., 3d Floor
Boston, MA 02110
617-223-8061
WILLIAM_FICK@FD.ORG

### Certificate of Service

I, William W. Fick, hereby certify that this document filed through the ECF system will
be sent electronically to the registered participants as identified on the Notice of Electronic Filing
(NEF) on January 22, 2008.